counsel, both of Hales Corners, and for the respondent on the brief of *Cook & Franke, S. C.,* attorneys, and *Robert E. Cook* of counsel, all of Milwaukee.

No. 323.   BALLWEG and wife, Appellants, v. BAARS and another, Respondents.

(Also reported in 223 N. W. 2d 686.)

Vendor and purchaser. Option to purchase. Expiration before attempted exercise. Summary judgment. Estoppel not pleaded. Optionor's entitlement to summary judgment.

The cause was submitted for the appellants on the brief of *Max H. Klein* of Middleton, and for the respondents on the brief of *Hill, Quale & Hartmann* of Baraboo.

No. 324.   GITZLAFF, Respondent, v. MUELLER and wife, Appellants.

(Also reported in 223 N. W. 2d 687.)

Vendor and purchaser. Option to purchase. Absence of consideration. Viability until withdrawn. Sufficiency of